COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 2-04-212-CV
 
 
 
IN 
THE INTEREST OF A.F., A MINOR CHILD
 
 
 
----------
FROM 
COUNTY COURT AT LAW NO. 1 OF WICHITA COUNTY
----------
MEMORANDUM OPINION[1] AND JUDGMENT
----------
        We 
have considered appellant's “Motion To Dismiss Appeal.”  It is the 
court's opinion that the motion should be granted; therefore, we dismiss the 
appeal.  See TEX. R. APP. P. 42.1(a)(1), 43.2(f).
 

                                                                  PER 
CURIAM
  
   
 
PANEL 
D:   GARDNER, WALKER, and MCCOY, JJ.
 
DELIVERED: 
October 07, 2004

 
NOTES
1.  
See Tex. R. App. P. 47.4.